IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RPOST HOLDINGS, INC., RPOST COMMUNICATIONS LIMITED, AND RMAIL LIMITED,<br><br>        Plaintiffs,<br>v.<br><br>EXACTTARGET, INC.,<br><br>        Defendant. | CIVIL ACTION NO. 2:12-CV-00512 |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, notice is hereby given by counsel of record for Defendant ExactTarget, Inc. that the following corporate interests are disclosed:

1. The parent companies of the corporation: **None**.

2. Any publicly held company that owns ten percent (10%) or more of the corporation's stock: **None**.

Dated: January 16, 2013

Respectfully submitted,

By: /s/ *Floyd R. Nation*
Floyd R. Nation
Texas Bar No. 14819500
Email: fnation@winston.com
Winston & Strawn LLP
1111 Louisiana St., 25th Floor
Houston, Texas 77002
Telephone:(713) 651-2600
Facsimile: (713) 651-2700

**ATTORNEY FOR DEFENDANT EXACTTARGET, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 16th day of January, 2013, with a copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

                          /s/ *Floyd R. Nation*
                            Floyd R. Nation