IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RPOST HOLDINGS, INC., RPOST COMMUNICATIONS LIMITED and RMAIL LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> EXACTTARGET, INC., *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 2:12-CV-00512 |

## ORDER

The undersigned hereby recuses himself with regard to the above styled and numbered civil action.

**So ORDERED and SIGNED this 3rd day of May, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE