# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| RPOST HOLDINGS, INC., ET AL | § § § | |
| Plaintiffs, | § § | No. 2:12-cv-512 |
| v. | § § § | |
| EXACT TARGET, INC. | § § | |
| Defendant. | § § § | |

## ORDER

Judge Rodney Gilstrap has recused himself in the above entitled action. Pursuant to Local Rule CV-63(a)(1), this matter is hereby reassigned to Judge Michael Schneider.

Signed this 7 day of May, 2013.

_____
LEONARD DAVIS
Chief Judge