AO440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
Eastern District of Texas
Marshall Division

**RPOST HOLDINGS, INC.,**  
**RPOST COMMUNICATIONS LIMITED,**  
**and RMAIL LMITED,**

    *Plaintiff*,

v.

**EXACTTARGET, INC.,**  
**LIBERTY MUTUAL GROUP INC.;**  
**WELLPOINT HEALTH NETWORKS, INC.;**  
**NATIONWIDE MUTUAL INSURANCE COMPANY;**  
**GENWORTH FINANCIAL AGENCY, INC.;**  
**ULTA SALON, COSMETIC & FRAGRANCE, INC.;**  
**HOME DEPOT, U.S.A., INC.;**  
**NIKE, INC.;**  
**TOYOTA MOTOR SALES, U.S.A., INC.;**  
**GROUPON, INC.;**  
**CITIGROUP INC.; and**  
**INTUIT PAYMENTS INC.**

    *Defendants.*

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:12-cv-00512

TO: (Name and Address of Defendant)

    Intuit Payments Inc.
    Corporation Service Company d/b/a CSC Lawyers Incorporating Service
    211 E. 7th Street, Suite 620
    Austin, TX 78701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

    Lewis E. Hudnell, III
    Colvin Hudnell LLP
    375 Park Avenue Suite 2607
    New York, New York 10152
    Tel: 347.855.4772
    Fax: 347.772.3034
    Email: lewis@colvinhudnell.com

an answer to the complaint which is served upon you with this summons, within 21 days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief

demanded in the complaint. Any answer that is served on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_David Malone_                                            6/5/13
CLERK                                                              DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (*PRINT*) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $ |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                                *Signature of Server*

_____
*Street Address of Server*

_____
*City State Zip Code of Server*

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.