# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

RPOST HOLDINGS, INC.            §
                               §
v.                             §        CASE NO. 2:12-cv-512
                               §
EXACTTARGET, INC., et al.      §

## ORDER REFERRING CASE TO MAGISTRATE

Pursuant to 28 U.S.C. § 636, the Court hereby refers the above styled cause of action to the

Hon. Roy Payne for all pretrial proceedings.

It is **SO ORDERED**.

**SIGNED this 7th day of June, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE