

# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

---

## CASE AND DEADLINE INFORMATION

Civil Action No.: 2:12-cv-00512

Name of party requesting extension: Nationwide Mutual Insurance Company

Is this the first application for extension of time in this case?   ☑ Yes

☐ No

If no, please indicate which application this represents:   ☐ Second

☐ Third

☐ Other _____

Date of Service of Summons: 6/12/2013     (Date Nationwide waived service)

Number of days requested:   ☐ 30 days

☐ 15 days

☑ Other 14 days

New Deadline Date: 7/29/2013   *(Required)*

---

## ATTORNEY FILING APPLICATION INFORMATION

Full Name: Chad Walker

State Bar No.: 24056484

Firm Name: Fish & Richardson P.C.

Address: 1717 Main Street
Suite 5000
Dallas, TX 75201

Phone: 214-747-5070

Fax:  214-747-2091

Email: cbwalker@fr.com

---

A certificate of conference does not need to be filed with this unopposed application.