UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:12-cv-00512

Name of party requesting extension: Toyota Motor Sales, U.S.A., Inc.

Is this the first application for extension of time in this case?    ☑ Yes
☐ No

If no, please indicate which application this represents:    ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: Service waived with answer date of 7/12/13

Number of days requested:    ☐ 30 days
☐ 15 days
☑ Other 14 days

New Deadline Date: 7/26/2013    *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Cynthia Vreeland
State Bar No.: 20625150
Firm Name: Wilmer Cutler Pickering Hale & Dorr LLP
Address: 60 State St.
Boston, MA 02109

Phone: (617) 526-6148
Fax: (617) 526-5000
Email: cynthia.vreeland@wilmerhale.com

A certificate of conference does not need to be filed with this unopposed application.