IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RPOST HOLDINGS, INC., RPOST COMMUNICATION LIMITED, and RMAIL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>EXACT TARGET, INC., et al.<br><br>Defendants. | Civil Action No. 2:12-cv-512-JRG<br><br>Hon. Rodney Gilstrap |

## **STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs RPost Holdings, Inc., RPost Communications Limited, and RMail Limited ("Plaintiffs") and Defendant Exact Target, Inc. ("Defendant") hereby move for an order dismissing all of Plaintiffs' claims against Defendant in this action 2:12-cv-512 with prejudice, and dismissing all of the Defendant's counterclaims against Plaintiffs in this action with prejudice, subject to the terms of the agreement between Plaintiffs and the Defendant entitled "Settlement of Claims Agreement" with each party to bear its own attorneys' fees and costs.

Respectfully Submitted,

Dated: August 15, 2013

| EXACT TARGET, INC., | RPOST HOLDINGS, INC., RPOST COMMUNICATIONS LIMITED, and RMAIL LIMITED |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Cynthia D. Vreeland (with permission)<br>Cynthia D. Vreeland<br>WilmerHale<br>60 State Street<br>Boston, MA 02109 USA<br>+1 617 526 6148 (t)<br>+1 617 526 5000 (f)<br>cynthia.vreeland@wilmerhale.com<br><br>Floyd R. Nation<br>Winston & Strawn LLP<br>1111 Louisiana<br>25th Floor<br>Houston, TX 77002<br>D: +1 (713) 651-2661<br>F: +1 (713) 651-2700<br>fnation@winston.com | /s/ Lewis E. Hudnell, III<br>Winston O. Huff<br>whuff@huffip.com<br>State Bar No. 24068745<br>Deborah Jagai<br>djagai@huffip.com<br>State Bar No. 24048571<br>W.O. Huff & Associate, PLLC<br>302 N. Market St., Suite 450<br>Dallas, Texas 75202<br>214.749.1220 (office)<br>469.206.2173 (fax)<br><br>Lewis E. Hudnell, III<br>lewis@colvinhudnell.com<br>Colvin Hudnell LLP<br>375 Park Avenue Suite 2607<br>New York, New York 10152<br>Telephone:   (347) 855-4772<br>Facsimile:    (347) 772-3034 |

## **CERTIFICATE OF FILING**

I certify that on August 15, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system under Local Rule CV-5(a)(3).

/s/Lewis E. Hudnell, III