IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RPOST HOLDINGS, INC., RPOST COMMUNICATIONS LIMITED, and RMAIL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>EXACT TARGET, INC., et al.<br><br>Defendants. | Civil Action No. 2:12-cv-512 |

## ORDER OF DISMISSAL

In consideration of Plaintiffs RPost Holdings, Inc.'s, RPost Communications Limited's, and RMail Limited's and Defendant Exact Target, Inc.'s stipulation of dismissal with prejudice, the Court dismisses all claims against Defendant Exact Target, Inc. and all claims against Plaintiffs with prejudice, with each party to bear its own fees and costs.

**SIGNED this 4th day of September, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE