# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| RPOST HOLDINGS, INC., and RMAIL, LIMITED § § § § § § Plaintiffs § § v. § § CITIGROUP INC.; and INTUIT § PAYMENTS INC. § § § Defendants. § § | Civil Action No. 2:12-cv-00512-MHS-RSP<br><br>Hon. Michael H. Schneider<br><br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF MICHAEL J. SACKSTEDER

Michael J. Sacksteder of Fenwick & West LLP hereby enters his appearance on behalf of Defendant INTUIT PAYMENTS INC. Mr. Sacksteder's e-mail address, for purposes of receipt of Notices of Electronic Filing, is as follows:

Michael J. Sacksteder:     msacksteder@fenwick.com

Dated:  November 1, 2013          /s/ *Michael J. Sacksteder*

Michael J. Sacksteder
CA Bar No. 191605 (Admitted E.D. Texas)
E-mail: msacksteder@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2450
Fax: (415) 281-1350

**Attorneys for Defendant
INTUIT PAYMENTS INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 1, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by e-mail and/or fax.

/s/ *Michael J. Sacksteder*
Michael J. Sacksteder