# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RPOST HOLDINGS, INC., and RMAIL, LIMITED | § § Civil Action No. 2:12-cv-00512-MHS-RSP § § Hon. Michael H. Schneider |
| Plaintiffs | § § |
| v. | § § |
| CITIGROUP INC.; and INTUIT PAYMENTS INC. | § JURY TRIAL DEMANDED § § § § |
| Defendants. | § § |

## NOTICE OF APPEARANCE OF HECTOR J. RIBERA

Hector J. Ribera of Fenwick & West LLP hereby enters his appearance on behalf of Defendant INTUIT PAYMENTS INC.  Mr. Ribera's e-mail address, for purposes of receipt of Notices of Electronic Filing, is as follows:

    Hector J. Ribera:        hribera@fenwick.com

Dated: November 1, 2013        /s/ *Hector J. Ribera*

        Hector J. Ribera
        CA Bar No. 221511 (Admitted E.D. Texas)
        E-mail: hribera@fenwick.com
        FENWICK & WEST LLP
        Silicon Valley Center
        801 California Street
        Mountain View, California  94041
        Telephone:    (650) 988-8500
        Facsimile:    (650) 938-5200

        **Attorneys for Defendant**
        **INTUIT PAYMENTS INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 1, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by e-mail and/or fax.

/s/ *Hector J. Ribera*
Hector Ribera