**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| RPOST HOLDINGS, INC., and RMAIL LIMITED,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITIGROUP INC.; and INTUIT PAYMENTS INC.<br><br>　　　　　Defendants. | Civil Action No. 2:12-cv-00512-MHS-RSP<br><br>Hon. Michael H. Schneider<br><br><br>JURY TRIAL DEMANDED |

**DEFENDANT INTUIT PAYMENTS INC.'S RULE 7.1
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Intuit Payments Inc., through its undersigned counsel, states that its parent corporation is Intuit Inc. and there is no other publicly held corporation owning 10% or more of its stock.

Dated: November 1, 2013    FENWICK & WEST, LLP

By: */s/ Michael J. Sacksteder*
Michael J. Sacksteder CA Bar No. 191605
(Admitted E.D. Texas)
msacksteder@fenwick.com

Lauren E. Whittemore, CA Bar No. 255432
(Admitted E.D. Texas)
lwhittemore@fenwick.com
555 California Street, 12th Floor
San Francisco, California 94104
Telephone:    (415) 875-2300
Facsimile:    (415) 281-1350

Hector J. Ribera, CA Bar No. 221511
(Admitted E.D. Texas)
hribera@fenwick.com
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone:    (650) 988-8500
Facsimile:    (650) 938-5200

Attorneys for Defendant
INTUIT PAYMENTS INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 1, 2013

*/s/ Michael J. Sacksteder*
Michael J. Sacksteder