**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| RPOST HOLDINGS, INC., and RMAIL LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> CITIGROUP INC.; and INTUIT PAYMENTS INC. <br><br> Defendants. | CIVIL NO. 2:12-cv-00512-MHS-RSP <br><br> Hon. Michael H. Schneider <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE AS COUNSEL

Please take notice that the following attorney is admitted to this Court and hereby enters his appearance in this matter as counsel of record for Defendant Citigroup Inc. Counsel consents to electronic service of all papers in this action.

> Mark C. Nelson
> Texas Bar No. 00794361
> mark.nelson@dentons.com
> DENTONS US, LLP
> 2000 McKinney Avenue, Suite 1900
> Dallas, Texas 75201-1957
> Telephone: (214) 259-0900
> Facsimile: (214) 259-0910

81649009

Dated: December 20, 2013  Respectfully submitted,

*/s/ Mark C. Nelson*
Mark C. Nelson
Texas Bar No. 00794361
mark.nelson@dentons.com
DENTONS US LLP
2000 McKinney Avenue
Suite 1900
Dallas, TX 75201-1858
Tel: 214-259-0900
Fax: 214-259-0910

**ATTORNEY FOR DEFENDANT CITIGROUP INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2013 I electronically filed the foregoing Notice of Appearance with the Clerk of the Court by using the CM/ECF System, which will serve all counsel of record by notice of electronic filing pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Rule 5.2.

*/s/ Mark C. Nelson*
Mark C. Nelson

81649009