# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RPOST HOLDINGS, INC., AND RMAIL LIMITED,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CITIGROUP INC.; AND INTUIT PAYMENTS INC.<br><br>　　　　Defendants. | Civil Action No. 2:12-cv-512-MHS-RSP<br><br>Hon. Michael Schneider |

## ORDER GRANTING DEFENDANT CITIGROUP INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT

The Court hereby GRANTS Defendant Citigroup Inc.'s Unopposed Motion for Extension of Time (Dkt. No. 71) to Respond to Plaintiffs' Second Amended Complaint (Dkt No. 60).

The deadline for Defendant's response is January 6, 2014.

**SIGNED this 21st day of December, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE