**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| RPOST HOLDINGS, INC., and RMAIL LIMITED,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITIGROUP INC.; and INTUIT PAYMENTS INC.<br><br>        Defendants. | CIVIL NO. 2:12-cv-00512-MHS-RSP<br><br>Hon. Michael H. Schneider<br><br>JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE AS COUNSEL**

Please take notice that the following attorney is admitted to this Court and hereby enters her appearance in this matter as counsel of record for Defendant Citigroup Inc. Counsel consents to electronic service of all papers in this action.

        Juanita DeLoach
        Texas Bar No. 24064218
        juanita.deloach@dentons.com
        DENTONS US, LLP
        2000 McKinney Avenue, Suite 1900
        Dallas, Texas 75201-1957
        Telephone: (214) 259-0900
        Facsimile: (214) 259-0910

Dated: January 6, 2014						Respectfully submitted,

							*/s/ Juanita DeLoach*
							Mark C. Nelson
							Texas Bar No. 00794361
							mark.nelson@dentons.com
							Juanita DeLoach
							Texas Bar No. 24064218
							juanita.deloach@dentons.com
							DENTONS US LLP
							2000 McKinney Avenue
							Suite 1900
							Dallas, TX 75201-1858
							Tel: 214-259-0900
							Fax: 214-259-0910

							**ATTORNEYS FOR DEFENDANT
							CITIGROUP INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2014 I electronically filed the foregoing Notice of Appearance with the Clerk of the Court by using the CM/ECF System, which will serve all counsel of record by notice of electronic filing pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Rule 5.2.

							*/s/ Juanita DeLoach*
							Juanita DeLoach

81690179