**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| RPOST HOLDINGS, INC., and RMAIL LIMITED, <br><br>             Plaintiffs, <br><br>      v. <br><br> CITIGROUP INC.; and INTUIT PAYMENTS INC. <br><br>             Defendants. | Civil Action No. 2:12-cv-00512-MHS-RSP <br><br> Hon. Michael H. Schneider <br><br><br> JURY TRIAL DEMANDED |

**DEFENDANT INTUIT PAYMENTS INC.'S NOTICE OF JOINDER IN DEFENDANT
CITIGROUP INC.'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED
COMPLAINT OR, ALTERNATIVELY, TO STAY LITIGATION PENDING
<u>DETERMINATION OF STATE COURT AND BANKRUPTCY COURT ACTIONS</u>**

PLEASE TAKE NOTICE that Defendant Intuit Payments Inc. ("Intuit Payments") hereby joins in Defendant Citigroup Inc.'s Motion to Dismiss Plaintiffs' Second Amended Complaint or, Alternatively, to Stay Litigation Pending Determination of State Court and Bankruptcy Court Actions (Dkt. No. 74). Intuit Payments fully adopts and incorporates as its own the arguments and authorities set forth therein.

Dated:  January 13, 2014

FENWICK & WEST, LLP

By:  */s/ Michael J. Sacksteder*
    Michael J. Sacksteder CA Bar No. 191605
    (Admitted E.D. Texas)
    msacksteder@fenwick.com

Lauren E. Whittemore, CA Bar No. 255432
(Admitted E.D. Texas)
lwhittemore@fenwick.com
555 California Street, 12th Floor
San Francisco, California  94104
Telephone:     (415) 875-2300
Facsimile:     (415) 281-1350

Hector J. Ribera, CA Bar No. 221511
(Admitted E.D. Texas)
hribera@fenwick.com
Silicon Valley Center
801 California Street
Mountain View, California  94041
Telephone:   (650) 988-8500
Facsimile:   (650) 938-5200

Attorneys for Defendant
INTUIT PAYMENTS INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have

consented to electronic service are being served with a copy of this document via the Court's

CM/ECF system per Local Rule CV-5(a)(3) on January 13, 2014

        */s/ Michael J. Sacksteder*
        Michael J. Sacksteder