IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RPOST HOLDINGS, INC., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>EXACT TARGET, INC., et al.,<br><br>  Defendants. | Civil Action No. 2:12-CV-512-MHS-RSP |

## ORDER

The Court, having considered Plaintiffs RPost Holdings, Inc.'s and RMail Limited's (collectively, "RPost") Unopposed Motion to File Under Seal RPost's Opposition to Defendant Citigroup Inc.'s Motion To Dismiss Plaintiffs' Second Amended Complaint, Or In The Alternative Stay, Litigation Pending Determination Of State Court and Bankruptcy Court Actions, GRANTS Plaintiffs' Motion in its entirety.

Accordingly, RPost's Opposition to Defendant Citigroup Inc.'s Motion To Dismiss Plaintiffs' Second Amended Complaint, Or In The Alternative Stay, Litigation Pending Determination Of State Court and Bankruptcy Court Actions shall be filed under seal.

**SIGNED this 24th day of January, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE