# Exhibit B

**DeLoach, Juanita**

| | |
|---|---|
| **From:** | Nelson, Mark C. |
| **Sent:** | Thursday, January 30, 2014 5:39 PM |
| **To:** | DeLoach, Juanita; Salgado, Richard D. |
| **Subject:** | FW: RPost |

**Mark C. Nelson**

D +1 214 259 0901   |   M +1 214 796 1319   |   US Internal 50901
mark.nelson@dentons.com
Bio   |   Website
Assistant: Karen J. Snead [+1 214 259 1898]

Dentons US LLP
2000 McKinney Avenue, Suite 1900, Dallas, TX 75201-1858

SNR Denton is proud to join Salans and FMC as a founding member of Dentons.

Dentons is an international legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices, including IRS Circular 230.

**From:** Michael Sacksteder [mailto:MSacksteder@fenwick.com]
**Sent:** Thursday, January 30, 2014 5:31 PM
**To:** Nelson, Mark C.
**Cc:** Lauren Whittemore
**Subject:** RPost

Mark,

Thanks for your call this afternoon.  Our signature block for the unopposed stay motion is below.

Regards,

Mike



**MICHAEL SACKSTEDER**
Fenwick & West LLP
Partner, Litigation Group
✆ (415) 875-2450
📠 (415) 281-1350
✉ msacksteder@fenwick.com

FENWICK & WEST, LLP

By: */s/ Michael J. Sacksteder*

    Michael J. Sacksteder CA Bar No. 191605
    (Admitted E.D. Texas)
    msacksteder@fenwick.com

Lauren E. Whittemore, CA Bar No. 255432
(Admitted E.D. Texas)
lwhittemore@fenwick.com
555 California Street, 12th Floor
San Francisco, California  94104
Telephone:	(415) 875-2300
Facsimile:	(415) 281-1350

Hector J. Ribera, CA Bar No. 221511
(Admitted E.D. Texas)
hribera@fenwick.com
Silicon Valley Center
801 California Street
Mountain View, California  94041
Telephone:	(650) 988-8500
Facsimile:	(650) 938-5200

Attorneys for Defendant
INTUIT PAYMENTS INC.

-------------------------------------------
IRS Circular 230  Disclosure:  To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice in this communication (including attachments) is not intended or written by Fenwick & West LLP to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.
-------------------------------------------
ATTENTION:
The information contained in this message may be legally privileged and confidential.  It is intended to be read only by the individual or entity to whom it is addressed or by their designee. If the reader of this message is not the intended recipient, you are on notice that any distribution of this message, in any form, is strictly prohibited.

If you have received this message in error, please immediately notify the sender and/or Fenwick & West LLP by telephone at (650) 988-8500 and delete or destroy any copy of this message.