# Exhibit C

**DeLoach, Juanita**

| | |
|---|---|
| **From:** | DeLoach, Juanita |
| **Sent:** | Friday, January 31, 2014 1:22 PM |
| **To:** | lewis@colvinhudnell.com |
| **Cc:** | Nelson, Mark C.; DeLoach, Juanita |
| **Subject:** | [RPost/Citi/Intuit] Draft copies of Agreed Motion to Withdraw/Stay and Proposed Order |
| **Attachments:** | [RPost] Agreed Mot. to Withdraw Various Motions and Stay Proceedings(81805755_1).DOCX; [RPost] Agreed Mot. to Withdraw Various Motions and to Stay - Proposed Order(81809751_1).DOCX |

Hi, Lewis.

Per our telephone conversation yesterday, I am sending you the drafts of the Agreed Motion to Withdraw Citigroup's Motion to Dismiss/Stay, Intuit's Joinder Notice, and RPost's Opposition Brief. I've include a Proposed Order.

Please review the documents and let me know if you have any edits or comments. You can redline or just send me your comments/edits.

Again, thank you for your time in advance.

Regards,

Juanita



Juanita DeLoach
Associate

D +1 2142590907   |   US Internal 50907
juanita.deloach@dentons.com
Bio   |   Website

Dentons US LLP

SNR Denton is proud to join Salans and FMC as a founding member of Dentons.

Dentons is an international legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices, including IRS Circular 230.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RPOST HOLDINGS, INC., et al., | Civil Action No. 2:12-cv-512-MHS-RSP |
| Plaintiffs, | Hon. Michael Schneider |
| v. | |
| EXACT TARGET, INC., et al. | |
| Defendants. | Jury Trial Demanded |

**AGREED MOTION TO WITHDRAW VARIOUS MOTIONS AND TO STAY PROCEEDINGS PENDING CALIFORNIA STATE ACTION**

Defendant Citigroup Inc. agrees to withdraw without prejudice its Motion to Dismiss Plaintiffs' Second Amended Complaint or, Alternatively, to Stay Litigation Pending Determination of State Court and Bankruptcy Actions. (Dkt. No. 74.)

Defendant Intuit Payments Inc. agrees to withdraw without prejudice its Notice of Joinder in Defendant Citigroup Inc.'s Motion to Dismiss Plaintiffs' Second Amended Complaint or, Alternatively, to Stay Litigation Pending Determination of State Court and Bankruptcy Actions. (Dkt. No. 75.)

Plaintiffs RPost Holdings, Inc. and RMail Limited ("RPost") agree to withdraw without prejudice their Opposition to Defendant Citigroup Inc.'s Motion to Dismiss Plaintiffs' Second Amended Complaint, or in the Alternative Stay, Litigation Pending Determination of State Court and Bankruptcy Court Action (Dkt. No. 76.)

1

2

Plaintiff RPost and Defendants Citigroup Inc. and Intuit Payments Inc. have agreed to stay this action in light of the January 30, 2014 Order issued by Judge Gilstrap staying and administratively closing related actions. (Order to Stay and Administratively Close, *RMail Ltd. v. Amazon.com, Inc. et al.*, Case No. 2:10-cv-258-JRG, Dkt. No. 563.)

RPost and Defendants hereby agree to stay the case until December 1, 2014 in light of Judge Gilstrap's Order to Stay and Administratively Close.

Dated:  January 30, 2014                                    Respectfully submitted,

| | |
|---|---|
| By: /s/ *Lewis E. Hudnell, III* | By: /s/ *Mark C. Nelson* |
| Winston O. Huff, Attorney in Charge | Mark C. Nelson (Lead Counsel) |
| State Bar No. 24068745 | Texas Bar No. 00794361 |
| Deborah Jagai | Juanita DeLoach |
| State Bar No. 24048571 | Texas Bar No. 24064218 |
| W. O. Huff & Associates, PLLC | DENTONS US, LLP |
| 302 Market Street, Suite 450 | 2000 McKinney Avenue, Suite 1900 |
| Dallas, Texas 75202 | Dallas, Texas 75201-1957 |
| 214.749.1220 (Firm) | Telephone:  (214) 259-0900 |
| 469.206.2173 (Facsimile) | Facsimile:   (214) 259-0910 |
| whuff@huffip.com | mark.nelson@dentons.com |
| djagai@huffip.com | juanita.deloach@dentons.com |
| | |
| OF COUNSEL: | **ATTORNEYS FOR DEFENDANT CITIGROUP INC.** |
| Lewis E. Hudnell, III | |
| Colvin Hudnell LLP | |
| 375 Park Avenue, Suite 2607 | By: */s/ Michael J. Sacksteder* |
| New York, New York 10125 | Michael J. Sacksteder |
| Tel: 212.634.6844 | CA Bar No. 191605 |
| Fax: 347.772.3034 | Lauren E. Whittemore, |
| lewis@colvinhudnell.com | CA Bar No. 255432 |
| | FENWICK & WEST LLP |
| **ATTORNEYS FOR PLAINTIFFS** | 555 California Street, 12th Floor |
| | San Francisco, California 94104 |
| | Telephone: (415) 875-2300 |
| | Facsimile: (415) 281-1350 |
| | msacksteder@fenwick.com |
| | lwhittemore@fenwick.com |
| | |
| | Hector J. Ribera, |
| | CA Bar No. 221511 |
| | FENWICK & WEST LLP |
| | Silicon Valley Center |
| | 801 California Street |
| | Mountain View, California 94041 |
| | Telephone: (650) 988-8500 |
| | Facsimile: (650) 938-5200 |
| | hribera@fenwick.com |
| | |
| | **ATTORNEYS FOR DEFENDANT INTUIT PAYMENTS INC.** |

3

**CERTIFICATE OF CONFERENCE**

      I certify that on January 30, 2014, I conferred with counsel for Plaintiffs RPost Holdings, Inc. and RMail Limited, Lewis Hudnell, III, regarding this motion. I certify that on January 30, 2014, I conferred with counsel for Defendant Intuit Payments Inc., Michael J. Sacksteder, regarding this motion. Counsel for Plaintiffs and Defendant agree to the form and substance of this motion.

                            /s/ *Mark C. Nelson*
                            Mark C. Nelson

**CERTIFICATE OF SERVICE**

      I certify that on January 30, 2014, a true and correct copy of the foregoing document has been served on all counsel of record deemed to have consented to electronic service via the Court's CM/ECF system under Local Rule CV-5(a)(3).

                            /s/ *Mark C. Nelson*
                            Mark C. Nelson

81610114\V-4

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| RPOST HOLDINGS, INC., et al., | Civil Action No. 2:12-cv-512-MHS-RSP |
| Plaintiffs, | Hon. Michael Schneider |
| v. | |
| EXACT TARGET, INC., et al., Defendants. | Jury Trial Demanded |

## ORDER GRANTING AGREED MOTION TO WITHDRAW
## VARIOUS MOTIONS AND TO STAY PROCEEDINGS

The Court hereby GRANTS the Agreed Motion to Withdraw Various Motions and to Stay Proceedings Pending California State Action filed by Plaintiffs RPost Holdings, Inc. and RMail Limited ("Plaintiffs") and Defendants Citigroup Inc. and Intuit Payments Inc. ("Defendants").

IT IS ORDERED that all proceedings, including deadlines and related motions, as between Plaintiffs and Defendants are STAYED up to and including December 1, 2014.