Exhibit D

## DeLoach, Juanita

| | |
|---|---|
| **From:** | Lewis Hudnell <lewis@colvinhudnell.com> |
| **Sent:** | Friday, January 31, 2014 1:52 PM |
| **To:** | DeLoach, Juanita |
| **Cc:** | Nelson, Mark C. |
| **Subject:** | Re: [RPost/Citi/Intuit] Draft copies of Agreed Motion to Withdraw/Stay and Proposed Order |

Juanita,

I discussed Defendants' approach with RPost and they do not wish to proceed in this manner.  Rather, they prefer an approach similar to what I suggested yesterday.  I propose that we call Judge Gilstrap's clerk and inform her that Citi/Intuit's motion is still pending.  And that in light of yesterday's order, the parties agree not to submit further briefing on the motion and request that the Court enter a ruling on the motion.  Indeed, under L.R.7(f), the Court does not need to wait for a reply or surrpely to rule on a motion.  Of course, we fully expect the Court to adopt the ruling in yesterday's order.  Thus, this approach will yield the same result as Defendants' approach.  The difference for RPost, however, is that by having the Court enter a ruling, RPost's preserves its right to seek reconsideration.

Please let me know if the approach that I describe is acceptable to Citi and Intuit.  And if so, please let me know when you would like to call the clerk.  Many thanks.

Lewis E. Hudnell, III
d: 347.855.4772
f: 347.772.3034
m: 917.861.3494
e: lewis@colvinhudnell.com


www.colvinhudnell.com

This e-mail message is intended for the sole use of the intended
recipient(s) and may contain information that is confidential,
privileged and/or attorneys' work product. Any review or distribution by
any other person is prohibited. If you are not an intended recipient,
please immediately contact the sender and delete all copies.

On Fri, Jan 31, 2014 at 2:21 PM, DeLoach, Juanita <juanita.deloach@dentons.com> wrote:

Hi, Lewis.

Per our telephone conversation yesterday, I am sending you the drafts of the Agreed Motion to Withdraw Citigroup's Motion to Dismiss/Stay,  Intuit's Joinder Notice, and RPost's Opposition Brief.  I've include a Proposed Order.

Please review the documents and let me know if you have any edits or comments.  You can redline or just send me your comments/edits.

Again, thank you for your time in advance.

Regards,

Juanita


Juanita DeLoach
Associate

D +1 2142590907   |   US Internal 50907
juanita.deloach@dentons.com
Bio   |   Website

Dentons US LLP

SNR Denton is proud to join Salans and FMC as a founding member of Dentons.

Dentons is an international legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices, including IRS Circular 230.