IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RPOST HOLDINGS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> EXACT TARGET, INC, et al., <br><br> Defendants. | Civil Action No. 2:12-cv-512-MHS <br><br> Hon. Michael H. Schneider |

## PLAINTIFFS' NOTICE OF PENDING MOTION FOR RECONSIDERATION

Plaintiffs RPost Holdings, Inc., RPost Communications Limited, and RMail Limited file this Notice of Pending Motion for Reconsideration relevant to Defendants' Motion To Dismiss Plaintiffs' Second Amended Complaint, Or In The Alternative Stay, Litigation Pending Determination Of State Court And Bankruptcy Court Actions. As alluded to RPost's Surreply (Dkt. No. 82), on February 17, 2014, RPost filed a Motion for Reconsideration of Order Staying Case in *RMail Limited v. Amazon.com, Inc., et al.*, 2:10-cv-258-JRG (Lead Case), Dkt. No. 563; *RPost Holdings, Inc. et al. v. Constant Contact, Inc. et al.*, 2:12-cv-510, Dkt. No. 79; and *RPost Holdings, Inc. et al. v. Infogroup, Inc. et al.*, 2:12-cv-517-JRG, Dkt. No. 50.

Dated:  February 24, 2013        /s/ Lewis E. Hudnell, III
                                                Winston O. Huff
                                                State Bar No. 24068745
                                                Deborah Jagai
                                                State Bar No. 24048571
                                                W.O. Huff & Associates PLLC
                                                302 Market Street, Suite 450
                                                Dallas, Texas 75202
                                                Tel:  214.749.1220
                                                Fax:  469.206.2173
                                                whuff@huffip.com
                                                djagai@huffip.com

                                                Lewis E. Hudnell, III
                                                Colvin Hudnell LLP
                                                375 Park Avenue
                                                Suite 2607
                                                New York, New York 10152
                                                Tel:  212.634.6866
                                                Fax:  347.772.3034
                                                lewis@colvinhudnell.com

                                                ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

      I certify that on February 24, 2014 that I electronically filed the foregoing Notice of Pending Motion for Reconsideration with the Clerk of the Court and served all parties of record deemed to have consented to electronic service using the CM/ECF system.

/s/ Lewis E. Hudnell, III