IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RPOST HOLDINGS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> EXACT TARGET, INC., et al., <br><br> Defendants. | Civil Action No. 2:12-cv-512-MHS <br><br> Hon. Michael H. Schneider |

## NOTICE OF CHANGE OF ADDRESS

Please take notice of the following information changes for Lewis E. Hudnell, III:

        OLD FIRM:

        Colvin Hudnell LLP
        375 Park Avenue Suite 2607
        New York, New York 10152
        Tel: 212.634.6844
        Fax: 347.772.3034
        lewis@colvinhudnell.com

        NEW FIRM:

        Hudnell Law Group P.C.
        375 Park Avenue Suite 2607
        New York, New York 10152
        Tel: 212.634.6866
        Fax: 347.772.3034
        lewis@hudnelllaw.com

       Plaintiffs give notice that attorney Lewis E. Hudnell, III of Hudnell Law Group P.C. will continue to appear as counsel representing Plaintiffs in the above-captioned matters. Plaintiffs request that all notices, including electronic ("ECF") notices, given or required to be given, and

all papers filed or served or required to be served in the above-captioned matter, be provided to and served upon counsel at the new address above.

          Respectfully Submitted,

Dated: March 3, 2014        /s/ Lewis E. Hudnell, III
          Lewis E. Hudnell, III
          Hudnell Law Group P.C.
          375 Park Avenue
          Suite 2607
          New York, New York 10152
          Tel: 212.634.6866
          Fax: 347.772.3034
          lewis@hudnelllaw.com

          ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that all parties of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 3rd day of March, 2014.

/s/ Lewis E. Hudnell, III
Lewis E. Hudnell, III