IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RPOST HOLDINGS, INC., et al., | Civil Action No. 2:12-CV-512 |
| Plaintiffs, | |
| v. | |
| EXACT TARGET, INC., et al., | |
| Defendants. | |

## ORDER

The Court, having considered Plaintiffs RPost Holdings, Inc.'s and RMail Limited's (collectively, "RPost") Unopposed Motion to File Under Seal RPost's Surreply in Opposition to Defendant Citigroup Inc.'s Motion To Dismiss Plaintiffs' Second Amended Complaint, Or In The Alternative Stay, Litigation Pending Determination Of State Court and Bankruptcy Court Actions, GRANTS Plaintiffs' Motion in its entirety.

Accordingly, Exhibits A and B to the Declaration of Lewis E. Hudnell, III shall be filed under seal.

**SIGNED this 25th day of August, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE