IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RPOST HOLDINGS, INC., et al.,<br><br>Plaintiffs,<br><br>    v.<br><br>EXACT TARGET, INC., et al.,<br><br>Defendants. | Civil Action No. 2:12-cv-512-MHS<br><br>Hon. Michael H. Schneider |

## **NOTICE OF CHANGE OF ADDRESS**

Please take notice of the following information changes for Lewis E. Hudnell, III:

>OLD ADDRESS:
>
>Hudnell Law Group P.C.
>375 Park Avenue Suite 2607
>New York, New York 10152
>Tel: 212.634.6866
>Fax: 347.772.3034
>lewis@colvinhudnell.com
>
>NEW ADDRESS:
>
>Hudnell Law Group P.C.
>800 W. El Camino Real Suite 180
>Mountain View, California 94040
>Tel: 650.564.7720
>Fax: 347.772.3034
>lewis@hudnelllaw.com

Plaintiffs give notice that attorney Lewis E. Hudnell, III of Hudnell Law Group P.C. will continue to appear as counsel representing Plaintiffs in the above-captioned matters. Plaintiffs request that all notices, including electronic ("ECF") notices, given or required to be given, and

1

all papers filed or served or required to be served in the above-captioned matter, be provided to and served upon counsel at the new address above.

                                                  Respectfully Submitted,

Dated: December 1, 2014                 /s/ Lewis E. Hudnell, III
                                                  Lewis E. Hudnell, III
                                                  Hudnell Law Group P.C.
                                                  800 W. El Camino Real
                                                  Suite 180
                                                  Mountain View, California 94040
                                                  Tel: 650.564.7720
                                                  Fax: 347.772.3034
                                                  lewis@hudnelllaw.com

                                                  ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      I certify that all parties of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 1st day of December, 2014.

                                      /s/ Lewis E. Hudnell, III
                                      Lewis E. Hudnell, III