**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| RPOST HOLDINGS, INC., RPOST COMMUNICATIONS LIMITED, and RMAIL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>EXACTTARGET, INC.; CITIGROUP INC.; and INTUIT PAYMENTS INC.,<br><br>Defendants. | Civil Action No. 2:12-cv-00512-OJU/TUR |

## ORDER GRANTING WITHDRAWAL OF DEBORAH JAGAI AS ATTORNEY FOR PLAINTIFFS AND TERMINATION OF ECF NOTIFICATIONS

Deborah Jagai seeks to withdraw as counsel for Plaintiffs in the above-captioned case and this Court finds that Ms. Jagai has submitted satisfactory reasoning for withdrawal, and that the granting of the Motion will not cause any prejudice or delay to any party.

IT IS HEREBY ORDERED that Deborah Jagai's Motion to Withdraw as Counsel for Plaintiffs is GRANTED and ECF notifications to Deborah Jagai in connection with the above-captioned case shall be terminated.

IT IS SO ORDERED.

**SIGNED this 21st day of January, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE